uSign Envelope ID: 7A6685FB-A74C-42A1-9583-D43EE615C5FB

| | | |
|---|---|---|
| DOMAIN SPORTSBAR INC. | § | BEFORE THE TEXAS |
| D/B/A THE PARK @ | § | |
| THE DOMAIN/SOMERSAULT | § | |
| PERMIT NO. MB-773342, LB | § | ALCOHOLIC |
| | § | |
| TRAVIS COUNTY, TEXAS | § | BEVERAGE COMMISSION |

## EMERGENCY ORDER OF SUSPENSION

The Texas Alcoholic Beverage Commission ("Commission") is the state agency authorized to administer and enforce the Texas Alcoholic Beverage Code and the administrative rules adopted to implement the Code.

DOMAIN SPORTSBAR INC. ("Permittee") is the holder of a mixed beverage permit ("Permit") and a mixed beverage late hours permit. The permitted premises is known as THE PARK @ THE DOMAIN/SOMERSAULT, located at 11601 Domaine Drive Suite 200, Travis County, Austin, Texas 78758, and its mailing address is 3100 Esperanza Crossing #6406, Austin, Texas 78758.

On March 13, 2020, Governor Abbott issued a disaster proclamation certifying that the novel coronavirus ("COVID-19") poses an imminent threat of disaster for all Texas counties. Dr. John Hellerstedt, Commissioner of the Texas Department of State Health Services has determined that COVID-19 represents a public health disaster within the meaning under Chapter 81 of the Texas Health and Safety Code.

On June 26, 2020, Governor Abbott issued Executive Order GA-28, which prohibits people from visiting bars and similar establishments that hold a permit or license from TABC that do not also qualify as a restaurant. Failure to comply with the executive order is subject to regulatory enforcement.

On or about June 27, 2020, Permittee failed to operate its business in accordance with GA-28 by allowing people to visit its premises. Permittee derives 51% or more of its gross receipts from the sale of alcoholic beverages and qualifies as a bar. Therefore, Permittee was prohibited from allowing people to visit its premises after 12:00PM on June 26, 2020.

In light of the foregoing, I have determined that the continued operation of Permittee's business would constitute a continuing threat to the public welfare.

IT IS THEREFORE ORDERED, pursuant to Texas Alcoholic Beverage Code § 11.614, that Permittee's Permits are **suspended for thirty (30) days** effective immediately.

This Order is enforceable on the date it is signed. On that date, the Commission will serve notice to the parties listed below.

6/28/2020

SIGNED ON _____

*a. Bentley Nettles*

_____
A. Bentley Nettles, Executive Director
Texas Alcoholic Beverage Commission

## CERTIFICATE OF SERVICE

I certify that the persons listed below were served with a copy of this Order in the manner indicated on this, the 28th day of June 2020.

*Taylor Fletcher*

_____
Taylor Fletcher, Legal Assistant
Texas Alcoholic Beverage Commission

DOMAIN SPORTSBAR INC.
D/B/A THE PARK @ THE DOMAIN/SOMERSAULT
11601 Domaine Drive Suite 200
Austin, Texas 78758
*VIA HAND DELIVERY*

Legal Services Division

TABC HQ Enforcement Division

TABC HQ Licensing Division