IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 6TH STREET BUSINESS PARTNERS LLC *d/b/a* SOHO LOUNGE, DOMAIN SPORTSBAR INC., THE TRAIN CAR LLC, THE CORNER BAR AND LOUNGE, LLC, TBT ALLEN CLUB INC., LUCKY BARREL LLC, JANECKA INVETMENTS INC., BLACK STONE USA INC., MICHAEL KLEIN, NICOLE MILLER, BRANDON BURLESON, BRENT STRANDE, JEFF VAN DELDEN, JOSEF BACHMEIER, SIDDARTH PATEL, JASON JANECKA, and BENITO GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY WAYNE ABBOTT, *in his official capacity as Governor of Texas*, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § § § § | 1:20-CV-706-RP |

## FINAL JUDGMENT

On July 24, 2020, the Court granted Defendant Gregory Wayne Abbott's Motion to Dismiss, (Dkt. 18), and dismissed Plaintiffs' lawsuit for lack of subject-matter jurisdiction. (Order, Dkt. 33). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this case is **CLOSED.**

**SIGNED** on July 24, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE